IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSCOPE RECORDS, UMG RECORDINGS, INC, ARISTA RECORDS LLC & BMG MUSIC,<br><br>         Plaintiffs,<br><br>     v<br><br>JONATHAN BREIDINGER,<br><br>         Defendant.<br>_____/ | No   C  06-6753  VRW<br><br>ORDER |

    The court has received from plaintiff a notice of defendant's bankruptcy. Doc # 19-1. Plaintiff requests that this action be stayed while defendant's bankruptcy case is pending. Id. Pursuant to 11 USC § 362(a), the filing of a petition for relief under the Bankruptcy Code automatically operates as a stay in preventing the commencement or continuance of any actions or proceedings against defendant. Accordingly, all proceedings in this matter shall be STAYED and the file administratively closed

until such time as plaintiff notifies the court that it is in a position either to proceed with the prosecution of this action or to stipulate to its dismissal. Plaintiff's pending motion for default judgment (Doc #14) is TERMINATED without prejudice to plaintiff's renewing it at an appropriate future date.

      IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge